No. 25-2092

**In the United States Court of Appeals for the Seventh Circuit**

THE MINOCQUA BREWING COMPANY, LLC and KIRK BANGSTAD
*Plaintiffs-Appellants*,

v.

DANIEL HESS, MITCHELL IVES, SCOTT HOLEWINSKI, WILLIAM FRIED, and ROBERT ALMEKINDER
*Defendants-Appellees*.

**On Appeal from the United States
District Court for the Western District of Wisconsin No. 3:25-cv-00325-jdp
Hon. James D. Peterson**

**PLAINTIFFS-APPELLANTS' MOTION TO SUBSTITUTE**

Alexander R. Hess
ahess@westdunn.com
West & Dunn LLC
207 W. Main Street
Waunakee, WI 53597
(608) 535-6420

COMES NOW, THE MINOCQUA BREWING COMPANY, LLC and KIRK BANGSTAD, by and through the undersigned counsel, pursuant to Federal Rule of Appellate Procedure 27 and hereby respectfully moves this Honorable Court for an order permitting the substitution of Frederick Melms of Melms Law as counsel of record in place of Alexander Hess of West & Dunn, LLC in the above-captioned matter.

Dated: August 19, 2025

Respectfully submitted,

*/s/ Alexander R. Hess*
Alexander R. Hess
State Bar No. 1091422
Attorney for Plaintiffs
West &amp; Dunn, LLC
207 West Main Street
P.O. Box 37
Waunakee, Wisconsin 53597
Telephone: (608) 535-6420
Email: ahess@westdunn.com

*/s/ Frederick B. Melms*
Frederick B. Melms
Bar no. 1093957
Melms Law
Frederick@melmslaw.com
219 S. Main St.
P.O. Box 81
Eagle River, WI 53217
715-892-3023