No. 25-2092

---

**In the United States Court of Appeals for the Seventh Circuit**

THE MINOCQUA BREWING COMPANY, LLC and KIRK BANGSTAD
*Plaintiffs-Appellants*,

v.

DANIEL HESS, MITCHELL IVES, SCOTT HOLEWINSKI, WILLIAM FRIED, and ROBERT ALMEKINDER
*Defendants-Appellees*.

**On Appeal from the United States
District Court for the Western District of Wisconsin No. 3:25-cv-00325-jdp
Hon. James D. Peterson**

**PLAINTIFFS-APPELLANTS' MOTION TO EXTEND TIME LIMITS**

Frederick B. Melms
frederick@melmslaw.com
Melms Law
219 S. Main Street
Eagle River, WI 54521
(715) 525-9839

COMES NOW, The Minocqua Brewing Company LLC and Kirk Bangstad by and through Frederick Melms of Melms Law, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, and hereby respectfully moves this Honorable Court for a three-day extension of time to file Appellant's Reply Brief, and in support thereof states as follows:

1. Appellant's Reply Brief is currently due on August 26, 2025.

2. Undersigned counsel, Frederick Melms of Melms Law, substituted in as counsel of record for Appellant on August 20, 2025, replacing Alex Hess of West and Dunn.

3. Due to the recent substitution of counsel, undersigned requires additional time to properly review the record, the previously filed briefs, and to prepare an adequate reply brief that will assist the Court in resolving the issues on appeal.

4. Undersigned counsel seeks a two-day extension, until August 28, 2025, to file Appellant's Reply Brief.

5. This extension will not prejudice any party or unduly delay these proceedings, as oral argument is not scheduled until September 22, 2025, which is more than three weeks after the requested extended filing date.

6. The Federal Rules of Appellate Procedure authorize this Court to extend the time prescribed by the rules to perform any act for good cause. USCS Fed Rules App Proc R 26.

7. The requested extension will not impact the scheduled oral argument date of September 22, 2025, as the reply brief would still be filed well in advance of the seven days before argument as required by Federal Rule of Appellate Procedure 31(a). USCS Fed Rules App Proc R 31.

8. This is Appellant's first request for an extension of time to file the Reply Brief.

WHEREFORE, Appellant respectfully requests that this Court grant a three-day extension of time, until August 28, 2025, to file Appellant's Reply Brief.

Dated: August 25, 2025

Respectfully submitted,

/s/ Frederick Melms

Frederick B. Melms
Bar no. 1093957
Melms Law
Frederick@melmslaw.com
219 S. Main St.
P.O. Box 81
Eagle River, WI 54521
715-892-3023